**Ronald Blair WINSTEAD,**
**Petitioner–Appellant,**

v.

**Theodis BECK, Secretary, NCDOC,**
**Respondent–Appellee.**

**No. 03–6000.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 27, 2003.

Ronald Blair Winstead, Appellant Pro Se. Roy Cooper, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald Blair Winstead seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Winstead has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny Winstead's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*